The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANDON LARKEY,

Plaintiff,

v.

DANIEL P. DRISCOLL, Secretary of the Army,

Defendant.

Case No. 3:25-cv-05498-JLR

**STIPULATED MOTION FOR EXTENSION OF MOTION BRIEFING SCHEDULE & INITIAL SCHEDULING DEADLINES**

Noted for Consideration
March 9, 2026.

The parties hereby jointly stipulate and move the Court to extend the remaining briefing deadlines on Defendant's motion to dismiss the amended complaint (Dkt. 22, "MTD"), and the initial case deadlines set forth in the Court's February 25, 2026 Order (Dkt. 21), as set forth below:

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's response to MTD | March 20, 2026 | April 10, 2026 |
| Defendant's reply in support of MTD (if any) | March 27, 2026 | April 17, 2026 |
| FRCP 26(f) Conference | March 17, 2026 | April 22, 2026 |
| Initial Disclosure Deadline | March 24, 2026 | April 29, 2026 |
| Joint Status Report | March 31, 2026 | May 6, 2026 |

STIPULATED MOTION FOR EXTENSION OF MOTION BRIEFING
SCHEDULE & INITIAL SCHEDULING DEADLINES
[Case No. 3:25-cv-05498-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Here, good cause exists for extending the above deadlines:

- Plaintiff seeks additional time, up to April 10, 2026 to gather materials to help him properly respond to Defendant's motion. Defendant does not object to that extension and merely asks that its reply deadline be extended accordingly.

- The parties agree that having the motion fully briefed will enable them to more fully discuss the items required in their Rule 26(f) conference and joint status report. The parties therefore respectfully request that the Court extend those deadlines to fall after the motion is fully briefed.

**SO STIPULATED.**

DATED this 9th day of March, 2026.

Respectfully submitted,


s/ *Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendant*

s/ 
LANDON LARKEY

2289 Wallace Loop
Dupont, WA 98327
Email: landonlarkey@gmail.com

*Pro se Plaintiff*

I certify that this memorandum contains 235 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR EXTENSION OF MOTION BRIEFING
SCHEDULE & INITIAL SCHEDULING DEADLINES
[Case No. 3:25-cv-05498-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

It is hereby ORDERED that the parties' motion is GRANTED. The new deadlines are as follows:

| Deadline | New Date |
|---|---|
| Plaintiff's response to MTD | April 10, 2026 |
| Defendant's reply in support of MTD (if any) | April 17, 2026 |
| FRCP 26(f) Conference | April 22, 2026 |
| Initial Disclosure Deadline | April 29, 2026 |
| Joint Status Report | May 6, 2026 |

The Clerk is DIRECTED to re-note the motion to dismiss (Dkt. # 22) to April 17, 2026.

DATED this __10th__ day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR EXTENSION OF MOTION BRIEFING
SCHEDULE & INITIAL SCHEDULING DEADLINES
[Case No. 3:25-cv-05498-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970